**Order entered October 4, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00670-CV**

**CHIQUITA GATSON, Appellant**

**V.**

**EPIC METRIX, INC., ET AL., Appellees**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-00986-2021**

**ORDER**

Before the Court is appellant's October 1, 2021 motion to extend time to file her brief on the merits. We **GRANT** the motion and extend the time to October 25, 2021.

/s/   CRAIG SMITH
       JUSTICE